ACCEPTED
03-14-00552-CV
5436756
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/27/2015 2:53:47 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00552-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/27/2015 2:53:47 PM
JEFFREY D. KYLE
Clerk

———————————————————————————

RAGHUNATH DASS, P.E.,
*Appellant*,

v.

TEXAS BOARD OF PROFESSIONAL ENGINEERS,
*Appellee*.

———————————————————————

On Appeal from the
201st Judicial District Court, Travis County, Texas

———————————————————————

**MOTION TO STRIKE APPELLANT'S EXHIBIT 7**

———————————————————————

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Now comes Appellee, Texas Board of Professional Engineers ("Board"), and

files this *Motion to Strike Appellant's Exhibit 7* and would show as follows:

**I. INTRODUCTION**

When appellant Raghunath Dass, P.E., ("Mr. Dass") filed his appellant's brief

with the Court he attached several documents as his appendix. One of the documents,

Exhibit 7, is not part of the administrative record in the instant matter; and the Board,

therefore, asks the Court to strike this document.

## II. ARGUMENT AND AUTHORITY

### A. The Administrative Record in this proceeding does not contain Exhibit 7.

As explained in the Board's Brief, the administrative record for the suit for judicial review underlying the instant case contains only the following four documents: (1) Board's Amended Final Order; (2) Respondent's Motion for Rehearing; (3) Staff Memorandum to Board Members on Motion for Rehearing; and (4) Notice to Respondent Overruling Motion for Rehearing. These documents were provided to the Court by the district clerk. Appellee's Br. 14-15.

In the district court case, Mr. Dass filed a motion seeking to have the Board file with the district court the transcript from the contested case hearing underlying the first suit for judicial review. *See* Mot. for Def. to File SOAH Tr. with Dist. Clerk, dated Apr. 21, 2014, C.R. at 59-61. The Board opposed this motion. C.R. at 99-202. The transcript was not part of the administrative record, and the district court properly granted the Board's motion to strike these documents.

The district court denied both Mr. Dass's motion to supplement the record with the SOAH transcript and PFD and his supplemental motion seeking the same supplementation. C.R. at 316, 318. The court also granted the Board's Amended Motion to Strike. C.R. at 317.

Mr. Dass then filed a bill of exception, seeking to have this Court determine whether the administrative record in the first suit could be considered by the Court. Supp. C.R. II at 12-13.

**B.  A court may not consider documents not part of the clerk's record.**

A court may not consider documents that are not part of the clerk's record. *See, e.g.*, *Barker CATV Const. v. Ampro, Inc.*, 989 S.W.2d 789, 795-96 (Tex. App.—Houston [1st Dist.] 1999, no pet.) (concluding that the court may not consider documents that are not part of the clerk's record); Tex. R. App. P. 34.

**C.  The Court would first have to rule on the district court's excluding the transcript, but this issue has been waived.**

As noted in the Board's brief, Mr. Dass failed to brief his issue regarding the exclusion of evidence. Appellee's Br. 43. Thus, Mr. Dass waived the issue of whether the trial court erred in excluding the transcript, and the transcript is not properly before the Court.

### III. PRAYER

The Board respectfully requests that its *Motion to Strike Exhibit 7* be granted.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/Jennifer L. Hopgood*
Jennifer L. Hopgood
Assistant Attorney General
State Bar No. 24073010
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   (512) 936-1660
Facsimile:    (512) 320-0167
jennifer.hopgood@texasattorneygeneral.gov
ATTORNEY FOR APPELLEE,
TEXAS BOARD OF PROFESSIONAL
ENGINEERS

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Jimmy Alan Hall by telephone on this day, May 27, 2015, and he is opposed to withdrawing the exhibit that is the subject of this motion to strike.

> */s/Jennifer L. Hopgood*
> JENNIFER L. HOPGOOD
> Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served by e-service on this date, the 27th day of May 2015, on the following:

Jimmy Alan Hall
JIMMY ALAN HALL, P.L.L.C.
4600 Mueller Boulevard, Suite 2121
Austin, TX 78723-3372
Facsimile: (512) 857-9195
jahall@fbjah.com

J. Woodfin Jones
ALEXANDER DUBOSE JEFFERSON
& TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Facsimile: (512) 482-9303
wjones@adjtlaw.com

*Counsel for Appellee*

> */s/Jennifer L. Hopgood*
> JENNIFER L. HOPGOOD
> Assistant Attorney General